# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '22 MJ03582

The person charged as PLUMLEY, Brittany now appears before this United States District Court for an initial appearance as a result of the matter having been filed in the United States District Court for the District of Arizona with: in violation of Supervised Release; Title 18 USC Section(s) 3583 (e)(3).

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 09/30/2022

_____ (signature)

Joshua Blumenthal _____ (print)
Deputy United States Marshal

Reviewed and Approved

DATE: 9/30/2022

_____ (signature)

SANDOR A. CALLAHAN _____ (print)
Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. CR-21-00907-002-PHX-DLR |
| | ) |
| | ) |
| | ) |
| Brittany Plumley | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*  Brittany Plumley                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   18:3583:  Violation of Supervised Release

Date:     June 24, 2022

*Issuing officer's signature*

s/ Debra D. Lucas, Clerk

City and state:  Phoenix, Arizona

L. Figueroa, Deputy Clerk
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |

cc: Prob

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

Memo12C – Rev. 10/13



# United States District Court
### District of Arizona
## Probation Office
# MEMORANDUM

**DATE:** June 21, 2022

**TO:** The Honorable Douglas L. Rayes
United States District Judge

**FROM:** Roy Moreno
Senior U.S. Probation Officer
Office Phone: 602-682-4352
Cell Phone: 602-228-7527

**RE:** Brittany Plumley
Case No. CR-21-00907-002-PHX-DLR
**SUPERVISED RELEASE VIOLATION REPORT**

## VICTIM NOTIFICATION

Required pursuant to 18 U.S.C. § 3771.

## RANGE OF IMPRISONMENT APPLICABLE UPON REVOCATION

A Grade C violation combined with a Criminal History Category II results in a revocation range of 4 to 10 months imprisonment. U.S.S.G. §7B1.4(a).

The statutory maximum term of imprisonment allowable upon revocation is 24 months as the offense that resulted in the term of supervised release is a Class D Felony. 18 U.S.C. § 3583(e)(3).

At the time of sentencing, the offender's original guideline sentencing range was 15 to 21 months, and the offender was sentenced to TIME SERVED (192 days prison), followed by 36 months supervised release.

## SENTENCING OPTIONS

Upon a finding of a Grade C violation, the Court may (A) revoke supervision or (B) modify the conditions of supervision. U.S.S.G. §7B1.3(a)(2).

In the case of a Grade C violation where the minimum term of imprisonment determined under U.S.S.G. §7B1.4 is at least one month but not more than six months, the minimum term may be satisfied by A) a sentence of imprisonment or B) a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement or home detention according to the schedule in U.S.S.G. §5C1.1(e) for any portion of the minimum term. U.S.S.G. §7B1.3(c)(1).

Although 18 U.S.C. § 3583(e)(3) applies (the instant offense occurred on or after April 30, 2003), the maximum available supervised release term is 36 months as no prior revocations have occurred.

Page 2
RE: Brittany Plumley
Supervised Release Violation Report
June 21, 2022

## DEPARTURE FACTORS TO BE CONSIDERED

The following case-specific factors have been identified as potentially relevant in determining the level of trust violated the extent of any potential departure from the policy statement range and the appropriateness of a sentence beyond the revocation range, including the statutory maximum:

Where the original sentence was the result of a downward departure or a charge reduction that resulted in a sentence below the guideline range applicable to the offender's underlying conduct, an upward departure may be warranted. In this case, Plumley received a sentence below the advisory guideline range due to the nature and circumstances of the offense pursuant to 18 U.S.C. § 3553(a)(1), to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense (18 U.S.C. § 3553(a)(2)(A)) and to afford adequate deterrence to criminal conduct (18 U.S.C. § 3553(a)(2)(B)).

While the probation officer has identified factors relevant to sentencing outside the revocation policy range, this does not mandate such a recommendation, nor does it preclude the Court or counsel from considering additional factors at the disposition hearing.

## UNSERVED SANCTION ADJUSTMENT

None.

## OFFICIAL DETENTION

None.

## HISTORY OF COURT ACTION

| Court Date and Action | Circumstances |
|---|---|
| 6/14/2022: Sentenced to Time Served (192 days Bureau of Prisons); and 36 months supervised release. | Instant Offense: (Count 1) False Statement to a Government Agency, 18 U.S.C. § 1001(a)(2), a Class D Felony. |

## ADJUSTMENT TO SUPERVISION

On June 14, 2022, Plumley began her term of supervised release, reported to the probation office, and indicated she would be staying at a hotel until additional residential placement could be found. Due to her history of prostitution a conversation occurred relating to her social networks and appropriate choices while in the community.

On June 15, 2022, Plumley indicated she would remain at 2510 W. Palos Verde Drive, Room 218. As the housing was temporary, this officer provided Plumley with a five-page document of local sober living homes in the valley. Plumley was also provided the contact information for the Women's Center for Hope, a local community resource which is a trauma informed nonprofit organization that provides support for women in need.

Page 3
RE: Brittany Plumley
Supervised Release Violation Report
June 21, 2022

On June 16, 2022, Plumley was arrested by Phoenix Police for prostitution. According to Phoenix Police Report 202200000904828, Plumley was taken into custody at approximately 4:33 a.m., after she had contact with detectives and agreed to give an undercover detective oral sex for money. While under arrest, Plumley called the supervising probation officer and reported the arrest for prostitution.

On June 21, 2022, this officer attempted to contact Plumley at her last known telephone numbers. A voicemail was left requesting a call back as soon as possible. The probation officer also contacted the Royal Inn Hotel and was notified room 218 or room 219 do not exist. Additionally, they had no record of a Brittany Plumley renting a room.

Plumley is no longer in the custody of the Maricopa County Jail. To date, she has not reported a change in address and her current whereabouts are unknown.

**RECOMMENDATION**

It is respectfully recommended the Court issue a warrant.

_____    6/21/2022
Roy Moreno                                      Date
Senior U.S. Probation Officer
Office: 602-682-4352
Cell: 602-228-7527

Reviewed by,

_____    June 22, 2022
Branden G. Austill                               Date
Supervisory U.S. Probation Officer
Office: 928-246-9329
Cell: 928-261-4021

The Honorable Douglas L. Rayes

Approve    [signature]    Date: June 24, 2022

Disapprove _____    Date: _____

Consult with Court _____    Date: _____

Other _____    Date: _____

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 02 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

ERICA L. SEGER
Assistant United States Attorney
Arizona State Bar No. 022681
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: erica.seger@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Leonard Ross, Jr., and<br>(Counts 1- 4)<br><br>2. Brittany Plumley,<br>(Counts 1 - 4)<br><br>Defendants. | No. CR-21-00907-PHX-DLR (MHB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1594(c) and 1591<br>(Conspiracy to Commit Sex Trafficking Using Force, Fraud or Coercion)<br>Count 1<br><br>18 U.S.C. §§ 1591(a) and 1591(b)(1)<br>(Sex Trafficking by Force, Fraud or Coercion)<br>Count 2<br><br>18 U.S.C. § 2421(a)<br>(Transportation with Intent to Engage in Prostitution)<br>Count 3<br><br>18 U.S.C. § 2422(a)<br>(Coercion and Enticement)<br>Count 4 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From a date unknown to on or about October 13, 2021, in the District of Arizona and elsewhere, Defendants LEONARD ROSS, JR. and BRITTANY PLUMLEY did conspire, confederate, and agree with each other and other persons to knowingly recruit,

1  entice, harbor, transport, provide, obtain, maintain by any means, benefit financially, and
2  receive anything of value from participation in a venture which recruited, enticed,
3  harbored, transported, provided, obtained, maintained, in and affecting interstate or foreign
4  commerce "Jane Doe", and that force, threats of force, fraud, and coercion would be used
5  to cause "Jane Doe" to engage in a commercial sex act.
6        All in violation of Title 18, United States Code, Sections 1594(c) and 1591.

## COUNT 2

8        Between on or about October 10, 2021 and on or about October 13, 2021, in the
9  District of Arizona and elsewhere, Defendants LEONARD ROSS, JR. and BRITTANY
10 PLUMLEY knowingly recruited, enticed, harbored, transported, provided, obtained, and
11 maintained by any means, in and affecting interstate or foreign commerce, "Jane Doe",
12 knowing or in reckless disregard of the fact that force, threats of force, fraud and coercion,
13 and any combination of such means, would be used to cause "Jane Doe" to engage in a
14 commercial sex act.
15       All in violation of Title 18, United States Code, Sections 1591(a) and 1591(b)(1).

## COUNT 3

17       Between on or about October 10, 2021 and on or about October 13, 2021, in the
18 District of Arizona, Defendants LEONARD ROSS, JR. and BRITTANY PLUMLEY did
19 knowingly transport "Jane Doe" in interstate or foreign commerce, with intent that such
20 individual engage in prostitution, or in any sexual activity for which any person can be
21 charged with a criminal offense.
22       All in violation of Title 18, United States Code Section 2421(a).

## COUNT 4

24       Between on or about October 10, 2021 and on or about October 13, 2021, in the
25 District of Arizona, Defendants LEONARD ROSS, JR. and BRITTANY PLUMLEY did
26 knowingly persuade, induce, entice and coerce "Jane Doe" to travel in interstate and
27 foreign commerce to engage in prostitution and any sexual activity for which any person
28 can be charged with a criminal offense.

1 | All in violation of Title 18, United States Code Section 2422(a).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: November 2, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/
ERICA L. SEGER
Assistant U.S. Attorney